ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dwrenn@grsm.com

Matthew D. Murphey (*Pro Hac Vice to be filed*)
mmurphey@tocounsel.com
Meghan K. Canty (*Pro Hac Vice to be filed*)
mcanty@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENEGENICS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EHORMONES MANAGEMENT LLC dba EHORMONES MD. <br><br> Defendants. | Case No.: 2:19-CV-00347 GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff CENEGENICS, LLC, and Defendant EHORMONES MANAGEMENT LLC dba EHORMONES MD., by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed its Complaint on February 27, 2019 [ECF No. 1].

2. Defendant was served with process on or about March 4, 2019 making the response to the complaint due on March 25, 2019.

-1-

3. Plaintiff and Defendant have engaged in discussions regarding potential resolution of this matter.

4. Defendant has requested an additional twenty-one days to respond to the Complaint while the parties continue resolution discussions.

5. Plaintiff has agreed to Defendant's request for an extension of twenty-one days.

6. Defendant contends that the extension is necessary to allow Defendant to prepare an appropriate response if the matter does not settle first.

7. An extension will allow the parties to focus their resources and expenses on resolving this matter rather than motion practice related to the Complaint.

8. This stipulation is not made for purposes of delay.

9. Therefore, the parties agree that Defendant's response to the Complaint should now be due on or before **April 15, 2019**.

| | |
|---|---|
| DATED: March_22, 2019. | DATED: March 22, 2019. |
| GORDON REES SCULLY MANSUKHANI, LLP | SQUIRE PATTON BOGGS, LLP |
| */s/ Robert S. Larsen*<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>Matthew Murphy, Esq.<br>THEODORA ORINGHER PC<br>535 Anton Blvd, Ninth Floor<br>Costa Mesa, CA 92626-7109<br><br>*Attorneys for Plaintiff* | */s/ Joseph P. Grasser*<br>Joseph P. Grasser, Esq.<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br><br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: March 22, 2019

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101